# SERVICE LIST FOR COUNSEL

Case Name:  Jacob Gregoire v. California Highway Patrol, et al.
Court of Appeal No.: 16-55286
District Court No.: 3:14-cv-01749-GPC-DHB
U.S. District Court for the Southern District of California

In connection with Defendants'/Appellants' Mediation Questionnaire, the following is a service list for counsel for the parties:

| | |
|---|---|
| Daniel M. Gilleon<br>The Gilleon Law Firm<br>1320 Columbia Street, Suite 200<br>San Diego, CA  92101<br>Tel: (619) 702-8623<br>Fax: (619) 702-6337<br>Email: dmg@mglawyers.com<br>*Attorney for Plaintiff Jacob Gregoire* | Thomas D. Luneau<br>Casey, Gerry, Schenk, Francavilla, Blatt & Penfield, LLP<br>110 Laurel Street,<br>San Diego, CA 92101<br>Tel: (619) 238-1811<br>Fax: (619) 544-9232<br>Email: tdl@cglaw.com<br>*Attorney for Plaintiff Jacob Gregoire* |
| Steve Hoffman<br>Law Offices of Steve Hoffman<br>1320 Columbia Street, Suite 200<br>San Diego, California  92101<br>Tel: (619) 702-8623<br>Fax: (619) 702-6337<br>Email: shoffmanlaw@gmail.com<br>*Attorney for Plaintiff Jacob Gregoire* | Douglas E. Baxter<br>Deputy Attorney General<br>Office of the Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Tel: (619) 645-2034<br>Fax: (619) 645-2012<br>Email: Douglas.Baxter@doj.ca.gov<br>*Attorney for Defendants/Appellants, State of California (by and through the California Highway Patrol) and Sergio Flores* |

/s Douglas E. Baxter

Douglas E. Baxter
Deputy Attorney General
Counsel for Defendants/Appellants,
State of California (by and through the
California Highway Patrol) and Sergio Flores