FILED

UNITED STATES COURT OF APPEALS

MAY 17 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES,<br><br>   Defendants - Appellants. | No. 16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>Southern District of California, San Diego<br><br>ORDER |

The assessment conference originally scheduled for April 15, 2016, is rescheduled to June 13, 2016, at 3:00 p.m. **Pacific Time**.

The briefing schedule previously set by the court is amended as follows: appellants shall file an opening brief on or before July 21, 2016; appellee shall file an answering brief on or before August 22, 2016; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

           FOR THE COURT:


           By: Peter W. Sherwood
           Circuit Mediator

PWS/Mediation