FILED

OCT 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACOB GREGOIRE,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES,<br><br>   Defendants-Appellants. | No. 16-55286<br><br>D.C. No.<br>3:14-cv-01749-GPC-DHB<br>Southern District of California,<br>San Diego<br><br>ORDER |

 The court will initiate a further conference by telephone on November 1, 2016, at 10:00 a.m. **Pacific Time**.

 The briefing schedule previously set by the court is amended as follows: appellants shall file an opening brief on or before November 21, 2016; appellee shall file an answering brief on or before December 21, 2016; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

 Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

           FOR THE COURT:

           By: Peter W. Sherwood
           Circuit Mediator

PWS/Mediation