UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California and<br>SERGIO FLORES,<br><br>        Defendants - Appellants. | No. 16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>U.S. District Court for Southern<br>California, San Diego<br><br>**ORDER** |

The court will initiate a further conference by telephone on March 20, 2017, at 10:00 a.m. **Pacific Time.**

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT:

Peter Sherwood
Circuit Mediator

cl/mediation