FILED

MAR 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACOB GREGOIRE, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES, <br><br> Defendants-Appellants. | No. 16-55286 <br><br> D.C. No. 3:14-cv-01749-GPC-DHB <br> Southern District of California, San Diego <br><br> ORDER |

The briefing schedule previously set by the court is amended as follows: appellee shall file an answering brief on or before June 19, 2017; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

On or before May 15, 2017, counsel for appellants shall provide a status report by email to all counsel and the Circuit Mediator (Peter_Sherwood@ca9.uscourts.gov).

The status report should not be filed with the court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation