UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California and<br>SERGIO FLORES,<br><br>    Defendants - Appellants. | No. 16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions.

FOR THE COURT:

Peter Sherwood
Circuit Mediator

cl/mediation