UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE, Plaintiff - Appellee, v. CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES, Defendants - Appellants. | No. 16-55286 D.C. No. 3:14-cv-01749-GPC-DHB U.S. District Court for Southern California, San Diego **ORDER** |

Appellants' motion (Docket Entry No. 35) for an extension of time to file the reply brief is granted. The reply brief is now due on or before August 11, 2017.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7