# CERTIFICATE OF SERVICE

Case Name: __Gregoire v. CHP__   No. __A16-55286__

I hereby certify that on **July 28, 2017**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CORRESPONDENCE TO THE COURT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 28, 2017**, at San Diego, California.

| J. L. Hall | _[signature]_ |
|---|---|
| Declarant | Signature |

SD2016700257