UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California and<br>SERGIO FLORES,<br><br>        Defendants - Appellants. | No. 16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>U.S. District Court for Southern<br>California, San Diego<br><br>**ORDER** |

The reply brief submitted on August 11, 2017 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a gray cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Gabriela Van Allen
        Deputy Clerk
        Ninth Circuit Rule 27-7