| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 8 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JACOB GREGOIRE, | No. 16-55286 |
| Plaintiff-Appellee, | D.C. No. 3:14-cv-01749-GPC-DHB<br>Southern District of California,<br>San Diego |
| v. | |
| CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES, | ORDER |
| Defendants-Appellants. | |

Before: WARDLAW and GOULD, Circuit Judges, and COLLINS,[*] Chief District Judge.

The court believes this case may be appropriate for mediation, and in view of the parties' advice at oral argument that they are open to attempting mediation, submission is vacated and will be deferred until further order of the court so that the parties may consider mediation. A circuit mediator will contact the parties to set up a conference where the parties can discuss the possibility of utilizing court mediation to resolve or narrow the issues. The mediation office will report to the court on the status of mediation within 60 days of the date of this order.

---

[*] The Honorable Raner C. Collins, Chief United States District Judge for the District of Arizona, sitting by designation.