UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JACOB GREGOIRE,

        Plaintiff - Appellee,

v.

CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES,

        Defendants - Appellants.

No. 16-55286

D.C. No. 3:14-cv-01749-GPC-DHB
U.S. District Court for Southern California, San Diego

**ORDER**

        The court will initiate a further conference by telephone on January 04, 2018, at 1:00 p.m. **Pacific Time.**

FOR THE COURT:

Chris Goelz
Circuit Mediator

lw/mediation