UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JACOB GREGOIRE,

        Plaintiff - Appellee,

 v.

CALIFORNIA HIGHWAY PATROL,
an agency of the State of California and
SERGIO FLORES,

        Defendants - Appellants.

No. 16-55286

D.C. No. 3:14-cv-01749-GPC-DHB
U.S. District Court for Southern
California, San Diego

**ORDER**

     On or before January 18, 2018, counsel is requested to contact the mediator to report on the status of the case.

FOR THE COURT:

lw/mediation

Chris Goelz
Circuit Mediator