FILED

FEB 01 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACOB GREGOIRE, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES, <br><br> Defendants-Appellants. | No. 16-55286 <br><br> D.C. No. 3:14-cv-01749-GPC-DHB <br> Southern District of California, San Diego <br><br> ORDER |

There will be an in-person settlement conference in this matter on February 28, 2018, at 9:00 a.m. Pacific Time at the Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6017. Participants should report to Department 4 on the third floor.

The conference must be attended by the parties (or party representatives) and their respective counsel. Counsel must contact the mediator in advance of the conference if their clients or individuals attending the conference on behalf of their clients have anything less than full, discretionary decision-making authority. Unless they make other arrangements with the mediator before the conference, participants should plan to spend the entire day engaged in settlement discussions.

No later than seven days before the conference, counsel is requested to inform the mediator and the other attorneys in the case by letter or email of the names of planned participants. Also, no later than seven days before the

CG/Mediation

conference, the parties should provide the mediator with hard-copies of written materials they would like him to review in preparation for the conference. Materials may include court orders, party memoranda and correspondence. A party may, but need not, prepare a mediation statement (which may be confidential) for the conference. Each attorney shall advise the others of the materials supplied to the mediator.

Suggestions for preparing for the mediation can be found on the court's website: http://www.ca9.uscourts.gov/mediation/mediation_d.php .

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

2/1/18/cg/mediation