UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE, | No. 16-55286 |
| Plaintiff - Appellee, | D.C. No. 3:14-cv-01749-GPC-DHB |
| v. | U.S. District Court for Southern California, San Diego |
| CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES, | **ORDER** |
| Defendants - Appellants. | |

On or before March 16, 2018, counsel is requested to contact the mediator to report on the status of the case.

FOR THE COURT:

Chris Goelz
Circuit Mediator

lw/mediation