UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 09 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California and<br>SERGIO FLORES,<br><br>        Defendants - Appellants. | No. 16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

On or before April 25, 2018, counsel is requested to contact the mediator to report on the status of the case.

FOR THE COURT:

Lynn Warton
Deputy Clerk

lw/mediation