FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES, <br><br> Defendants-Appellants. | No. 16-55286 <br><br> D.C. No. 3:14-cv-01749-GPC-DHB <br> Southern District of California, San Diego <br><br> ORDER |

The court will initiate a further conference by telephone on May 18, 2018, at 1:00 p.m. Pacific Time.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

4/26/18/cg/mediation

CG/Mediation