UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES,<br><br>    Defendants - Appellants. | No. 16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

Unless appellants file a motion or stipulation for voluntary dismissal in the interim, on or before June 13, 2018, counsel is requested to contact the mediator to report on the status of the case.

              FOR THE COURT:

              Mary Schlepp
ms/mediation            Deputy Clerk