16-55286

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**Jacob Gregoire,**

                      Plaintiff-Appellee,

    v.

**California Highway Patrol, an agency of the State of California; Sergio Flores,**

                      Defendants and Appellants.

On Appeal from the United States District Court
for the District of California

No. 3:14-cv-01749-GPC-DHB
The Honorable Gonzalo P. Curiel,
United States District Judge

**STIPULATED MOTION TO VOLUNTARILY
DISMISS APPEAL**

Pursuant to Federal Rules of Appellate Procedure 42(b), all parties hereby move the Court for an order to dismiss the above-captioned appeal with prejudice.

The parties have agreed that each side shall bear its own costs, court fees, and attorney's fees on appeal.

1

Dated: June 12, 2018  Respectfully submitted,

GILLEON LAW FIRM

/s/Daniel M. Gilleon
Daniel M. Gilleon, Esq.
*Attorneys for Appellee Jacob Gregoire*

Dated: June 12, 2018  Respectfully submitted,

LAW OFFICE OF STEVE HOFFMAN

/s/Stephen E. Hoffman
Stephen E. Hoffman, Esq.
*Attorneys for Appellee Jacob Gregoire*

Dated: June 12, 2018  Respectfully submitted,

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP

/s/Thomas D. Luneau
Thomas D. Luneau, Esq.
*Attorneys for Appellee Jacob Gregoire*

Dated:  June 12, 2018                       Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

/S/DOUGLAS E. BAXTER _____
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Appellants*
*State of California (by and through the California Highway Patrol) and Sergio Flores*

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3

9th Circuit Case Number(s) | 16-55286

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Jun 12, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/Veronica Brizuela

*********************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) [ ].

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

[ ]

Signature (use "s/" format) | [ ]