FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California and SERGIO FLORES,<br><br>　　　　Defendants-Appellants. | No.　16-55286<br><br>D.C. No. 3:14-cv-01749-GPC-DHB<br>Southern District of California, San Diego<br><br>ORDER |

　　Pursuant to stipulation of the parties (docket #60), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs.

　　This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　By: Chris Goelz
　　　　　　　　　　　　　　Circuit Mediator

6/14/18/cg/mediation

CG/Mediation